RECEIVED MAY 20 2022
Clerk, U.S. District Court

ADA

5:21-cv-04047-CJW

I started Julie Nemmers hired me at Spencer Community School District. When I started I let her know I had to watch hours due to help. She replied. You need to take care of that due to her being to busy she didn't need another thing. When I started the kitchen with bus Laurie Lawson I let know I could only work few hours due to disability. I didn't say what type of disability. Parents got involved with school saying I wasn't safe and a good person for job. Went to Union and school board. I hadn't given them any reason why I wasn't a good person and safe. I went in did my job and came home. I had no write-ups the 9½ years there. I was being bullied Julie Nemmers replied, they like you. that's not how they treat someone by being pushed. In the bus barn and kitchen the workers of each department talked about my mental illness I tried everything tried to go to Human Resources Ronda Morterson, Terry Hemann, Director of Food Service, Director of Transportation and Bus Barn Supervisor to resolve issue. The two directors avoided me the bus supervisor had bus

barn supervisor to tell me. Each one of Transportation didn't want to get involved. The Human Services Director Ronda Mortenson said to me. Terry Hemann doesn't get involved he lets supervisors take care of problems. Why hadn't Terry or Supervisors come to me and help me resolve the problems. Each one felt I was unsafe and I was in my mental illness. Dave Hansen Bus Barn Supervisor knew I wasn't. Then there was a parent window peaking into apartment when I was getting dress which the individual came to school and talked about the incident. Immediately thought of mental illness the supervisor told them to take picture. I didn't realize with fan on the shades got caught on ledge of window. I found out went to individuals right away and stopped. In school board meeting three months later Julve Wemmers reported Nothing became of it. If they had only came to me I would of verified I was safe human being and I wasn't having problems with mental illness I was having drug interaction and physical problems. I had problems with my drug interaction and physical problems and I had home health nurse come to my house. I wasn't feeling good that day I was overwhelmed with

everything going on at job and physical and drug interactions and allergy. The nurse went without my permission or doctor went to discuss with another nurse about my mental status. I was having problems with drug so was having visions. She had called the police and had welfare check. From there gossip went all over mental illness. I had only told human resource, and Julie Nemmers I had mental illness the whole time at job. But gossip had got around. The school board and Union knew. After that night I was in my therapist office having drug reaction. Julie Nemmers called, wanting me to come to District office to talk right away. I had asked if I could make it at 1:00 this was 10:00 she said no as soon as possible. I wanted to bring Disability Navigator in with me I also previously tried and Disability Navigator also called Ronda office. Ronda asked who she was and what she wanted. Julie had said No I want you as soon as possible. I was having trouble driving due to reaction. The disability navigator couldn't change her schedule. So I went. Julie Nemmers, Terry Hemann, Ronda Mortenson were there. They had finally asked me what was

going on. I explained drug allergy and health problems cancer, stomach, injuries from fall still dealing with. Terry talked about retiring and Julie and Ronda talked about coming back to substitute. I had talked about retiring and coming back to substitute but also I need money to live so could get my IPERS. Then Terry mention the job wouldn't be a guarantee I would be able to come back to substitute. Why?? Terry asked me to write a letter to retire there. So I did. I really didn't know what I was doing as I was in drug reaction and very overwhelmed. So I signed the retire letter and left. Talk to Navigator I did wrong thing. He had you cornered she stated. So talked to Attorney Anne Quail she stated he was rail roading me she said you should have put resigned with opposition. I knew I needed my IPERS to live due to unable to work due to health. Also in meeting Terry Hermann, and Ronda, and Julie stated if I came back to substitute I would need a physical and mental note from doctors stating I was o.k. to work. In the 9½ years none of this has happened. I had appointments to doc but never problems. A few weeks

later I took the physical letter in and then week later I took mental. When I took mental letter in Ronda called Terry Hemann in to office. He told each of us where to set he messed with phone. Then he asked me what I want. I told him I was bringing letter back into getting job back. He started waving his hands and telling me not to raise my voices I wasn't I didn't have hearing aid in but I wasn't talking loud. He continued moving hands about and said I was raising voice. Terry was trying to get me to blow. this was one of his tactics he used on others to fire. He said he was boss and he's making the decisions I wouldn't be hired back. Then he told me to stay off school property. I didn't do nothing. He was boss then why didn't he asked like a boss when I came to him. He finally said, I'm done with you you can go. Outside door secretary was sitting on ledge with phone in hand not by desk. I left and never returned. Then I had all my unemployment hearings Terry was never consistant. Julie and Ronda stated I could come back and sub. Terry says

he was boss. Why didn't he take reins when I needed the most help. Going thru cancer and other health problems. never mental illness till I broke the day police came which was due to drug reaction once taken off back to self. Dr. Witt can tell you that. I was unable unable to get my unemployment due to resigning they stated I quit. I was forced by Terry Hermann. I had never did anything wrong I was physically sick during this time 4 surgies. From the time on the bus when I fell due to a head injury, concussion, pinched spinal cords and fusion plus other health problems I had cancer and surgery. The option to take time off and come back was very very brief by him he want me to leave. I was never a problem. I would like to see if I could get my unemployment for the time I had left from March 2020 on. Also the bus driver I had went through the physical disabilities my rotator cuff I couldn't open hatch or close. After I fell I was told to set down and at beginning I watch little ones in front he watched by my accomadators. Julie stated we worked

together and we were a team. She had approved of this arrangement. I was also given my days off to get my shots and doctor appointments until one day I told her I had an appt and my shot for si joints. Julie had told me she didn't need to know for what I was going to appt, just day off. I tried to communicate everything which Terry, Ronda, and Julie weren't open to it. I had alot of repercussion. I listened and took it and some weren't my problems. The we had knew bus driver I tried to explain I needed to sit with little ones plus accomadation which was with old driver. I tried to talk to supervisor Julie and Dave. Dave stated he didn't want to get involved. I got answer from Julie I did was busy didn't have time to talk. Then I was put down to a bus that was less than half my old hours trying to get me to quit. The driver took everything I said back to Julie instead of coming to me. I just did my job. Then the overwhelmed and police to house. I lost job. The unemployment was due to time of caronavirus which I couldn't get unemployment because they said I quit. I was pushed out. Also because of physical problems of COPD I couldn't

be out in job due to contacting virus because I was at risk individual. So had to use IPERS which didn't last so used credit cards. Which has left me in debt.

I was also discriminated with Union due to be non-union member. I was having my own insurance plus the school had received credit for hiring me as a person with disability.

I feel with my disability I needed to be just like anyone else towards the last when I was the sickest with the cancer

Also with the cook position toward the end of September before surgery. Individuals were pushing Asst and Director of Food Service wanted me to go to middle school to do dishes. I walked out as that wasn't even part of my accomadation to begin with I would of been over hours. One bus I had hurt hand and had surgery on hand I wouldn't of been able to lift big pans. Plus I'm a people person I would of failed immediately.

I had hard, head, and neck due to injuries from bus I told it didn't happen on bus which I feel this is where all the problems started

from as it was an expensive bill. But the school knew the individual was heavy on the foot.

I feel this employment wanted you as body and not to make waves or anything not even express concerns. The nine years I was there no problems. If they had problems I was confronted usually had nothing to do from me. ~~She~~ I was always got side of other individuals and never came to direct person. The issues could of been resolved fast. My past of being abused was also brought up and hashed over which thought I was lying ~~that~~ all of them had been proven wrong. Thanks for looking at my case.

Sincerely,
Dawn Rasmussen
607 15th St. Apt. 2
Spirit Lake, Iowa
51360

Sorry this was not as timely as it should of been but I was dealing with ~~tetp.~~ health issues.

Dawn Rasmussen
607 15th Street Apt 2
Spirit Lake, Iowa
  51360



U.S. District Court Clerk
320 6th Street #301
Sioux City, Iowa 51101

5/18/22
jlh